```
1  Miles D. Scully (CA SBN 135853)
   Email: mscully@gordonrees.com
2  Yuo-Fong C. Amato (CA SBN 261453)
   Email: bamato@gordonrees.com
3  GORDON & REES, LLP
   101 W. Broadway, Suite 2000
4  San Diego, California 92101
   Phone: (619) 696-6700
5  Fax: (619) 696-7124
6
7  Attorneys for Plaintiff
   Parexel International Corporation
8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PAREXEL INTERNATIONAL CORPORATION, a Delaware corporation, | CASE NO. CV14-06885-CAS(AGRx) |
|---|---|
| Plaintiff, | COMPLAINT FOR: |
| v. | Violation of the Computer Fraud and Abuse Act [18 U.S.C. § 1030] |
| DOES 1 – 10, | |
| Defendants. | JURY TRIAL DEMAND [FRCP 38] |

1

COMPLAINT FOR COMPUTER FRAUD

Plaintiff Parexel International Corporation ("Parexel" or "Plaintiff"), for its Complaint against DOES 1-10 (collectively, "Defendants") alleges as follows:

### Nature of the Action

1. This is an action for willful violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, for unauthorized use of Parexel's computers and/or computer systems.

### Jurisdiction and Venue

2. This action arises under The Computer Fraud and Abuse Act, 18 U.S.C. § 1030. This Court therefore has subject matter jurisdiction over this action as a federal question pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

### The Parties

5. Plaintiff Parexel, Inc., is a Massachusetts corporation located in Waltham, Massachusetts, with offices also in Glendale, California. Parexel is a biopharmaceutical services provider who offers a comprehensive global network of expertise, clinical resources, and technology within a single organization.

6. Plaintiff is ignorant of the true names and capacities, whether individual, corporate, or otherwise, of Defendants sued herein as DOES 1 through 10, inclusive, and therefore sues said Defendants by such fictitious names. Plaintiff is also currently unaware of the residence of Defendants. Plaintiffs will seek leave to amend this complaint to allege the true names and capacities of the fictitiously named DOE Defendants when their identities have been ascertained.

### FIRST CLAIM
### Violation of the Computer Fraud and Abuse Act
### (18 U.S.C. § 1030)

7. Parexel repeats and realleges the allegations set forth above.

8. Defendants have intentionally accessed Parexel's protected computers to send defaming and harassing emails to those users part of Parexel's internal email groups, all without Parexel's authorization.

9. Defendants have also intentionally accessed protected computers within Mail.com's network, without authorization. These actions were unauthorized because they violated Mail.com's General Terms and Conditions, specifically paragraph 8.2, which prohibits using a Mail.com email address for "mass unsolicited or unwanted electronic mail solicitations," "impermissible or abusive…postings," and/or "spamming, spoofing."

10. Defendants performed the actions as described above knowingly and with intent to defraud and to make others believe that they were communicating factual information regarding Parexel when the information was defamatory and untrue. By means of such conduct, Defendants furthered the intended fraud and obtained something of value to Defendants; that is, the satisfaction of having defamed Parexel.

11. Specifically, on Friday, August 22, 2014, Defendants emailed Parexel's internal email groups, through unauthorized computer access as described above, alleging that certain Parexel employees were promoted not because of merit but because of favoritism.

12. Defendants' actions as described above are in violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.* ("CFAA").

13. Pursuant to 18 U.S.C. § 1030(g), Parexel is entitled to injunctive and/or other equitable relief, as well as compensatory damages.

14. As a direct and proximate result of Defendants' conduct in violation of the CFAA, Parexel has suffered damages, which are not fully ascertainable at this time but will be proven at trial.

/ / /

/ / /

/ / /

15.	Parexel has been and, unless enjoined by this Court, will continue to be damaged and irreparably harmed by Defendants' conduct in violation of the CFAA. Such irreparable harm constitutes an injury for which Parexel has no adequate remedy at law. Accordingly, Parexel is entitled to injunctive relief.

DATED: September 3, 2014

Respectfully submitted,

GORDON & REES LLP

By: _____
Miles D. Scully
Yuo-Fong C. Amato
Attorneys for Plaintiff
Parexel International Corporation

## REQUEST FOR JURY TRIAL

Pursuant to Rule 38, Federal Rules of Civil Procedure, Parexel hereby demands a jury trial on all issues triable as of right to a jury.

DATED: September 3, 2014

Respectfully submitted,

GORDON & REES LLP

By: _____
Miles D. Scully
Yuo-Fong C. Amato
Attorneys for Plaintiff
Parexel International Corporation